Shane L. ELLISON, Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director of Virginia Department of Corrections, Respondent–Appellee.

No. 01–8044.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 25, 2002.

Decided Oct. 8, 2002.

Shane L. Ellison, Appellant Pro Se. Steven Andrew Witmer, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Shane L. Ellison seeks to appeal the district court's order denying relief on his

petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Ellison has not made a substantial showing of the denial of a constitutional right. *See Ellison v. Angelone,* No. CA 01–751–AM (E.D.Va. Nov. 8, 2001). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*